**LOS ANGELES NEWSPAPER GUILD, LOCAL 69, et al., Petitioners,**

**v.**

**NATIONAL LABOR RELATIONS BOARD, Respondent,**

**and**

**Los Angeles Herald Examiner, Division of the Hearst Corporation, and San Francisco Examiner, Division of the Hearst Corporation, Intervenors.**

**No. 26534.**

United States Court of Appeals, Ninth Circuit.

June 7, 1971.

Stephen Reinhardt (argued), George E. Bodle, Daniel Fogel, Lester G. Ostrov, of Bodle, Fogel, Julber & Reinhardt, Herbert M. Ansell, of Ansell & Ansell, Duane B. Beeson, of Brundage, Neyhart, Grodin & Beeson, Eugene Miller, Paul Crost, of Brundage, Neyhart, Miller, Ross & Reich, Leo Geffner, of Geffner & Satzman, Los Angeles, Cal., Irwin Leff, of Rosenthal & Leff, Duane Beeson, of Neyhart, Grodin & Beeson, San Francisco, Cal., for appellant.

---

Baruch A. Fellner (argued), Atty., for NLRB, Arnold Ordman, General Counsel, Dominick L. Manoli, Associate Gen. Counsel, Marcel Mallet-Prevost, Asst. Gen. Counsel, Washington, D. C., Richard C. White, Los Angeles, Cal. (argued), for intervenor.

O'Melveny & Myers, Ralph E. Kennedy, Regional Director, Los Angeles, Garret McEnerney, II, R. Barry Churton, of Cooper, White & Cooper, San Francisco, Cal., for appellee.

Before CHAMBERS, ELY and WRIGHT, Circuit Judges.

PER CURIAM:

The petition for review is denied.

The Board's cross application for enforcement is granted. See the Board's opinion, reported at 185 NLRB No. 25.